**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**
The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

**Dated: February 18, 2010**



_Randolph J. Haines_
_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**

1

# TIFFANY & BOSCO
### P.A.

2 **2525 EAST CAMELBACK ROAD**

3 **SUITE 300**

**PHOENIX, ARIZONA 85016**

4 **TELEPHONE: (602) 255-6000**

5 **FACSIMILE: (602) 255-0192**

6 Mark S. Bosco
State Bar No. 010167
7 Leonard J. McDonald
State Bar No. 014228
8 Attorneys for Movant

9 10-01674-███████████

10 ### IN THE UNITED STATES BANKRUPTCY COURT

11 ### FOR THE DISTRICT OF ARIZONA

12

13 IN RE:                                    No. 0:10-bk-01056-RJH

14 Cary Bruce Fanning                        Chapter 7
         Debtor.
15 _____            ORDER

16 Wells Fargo Bank, N.A.
         Movant,                             (Related to Docket #12)
17      vs.

18 Cary Bruce Fanning, Debtor, William E. Pierce,
Trustee.
19

20      Respondents.

21

22      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23 Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24 and no objection having been received, and good cause appearing therefore,

25      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 24, 2006 and recorded in the office of the Mohave County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Cary Bruce Fanning has an interest in, further described as:

Lot 8, Block 6, of TRACT 2202, LAKE HAVASU CITY, ARIZONA, according to the plat thereof recorded April 5,1967, at Fee No. 23726, in the office of the County Recorder of Mohave County, Arizona.

EXCEPTING THEREFROM all underground water in, under or flowing through said land and water rights appurtenant thereto.

EXCEPT all oil, gas, coal and minerals already found or to be found in or under said land.

EXCEPT all oil, gas, coal and minerals as reserved in Deed from Santa Fe Pacific Railroad Company, a corporation, in Deed recorded in Book 65 of Deeds, Page 226, but only from a depth of 500 feet below the surface thereof.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2010.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT